IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phalen, Michelle E

Printed: 4/8/08

Case Number: 07 B 17241
Judge: Hollis, Pamela S
Filed: 9/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 770.00 |  |
| Secured: |  | 375.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 353.43 |
| Trustee Fee: |  | 41.57 |
| Other Funds: |  | 0.00 |
| Totals: | 770.00 | 770.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 353.43 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Harris Bank | Secured | 15,314.45 | 375.00 |
| 5. | Chase | Unsecured | 193.52 | 0.00 |
| 6. | Capital One | Unsecured | 193.59 | 0.00 |
| 7. | Fifth Third Bank | Unsecured | 3,741.33 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 68.65 | 0.00 |
| 9. | B-Real LLC | Unsecured | 427.86 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 3,323.36 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 1,350.28 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,559.26 | 0.00 |
| 13. | Target National Bank | Unsecured | 1,204.89 | 0.00 |
| 14. | Crown Mortgage Company | Secured |  | No Claim Filed |
| 15. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 16. | Creditors Collection Service | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,377.19 | $ 728.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 41.57 |
|  | _____ |
|  | $ 41.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Phalen, Michelle E | Case Number:  07 B 17241 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  9/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

